Exhibit 6

**REACH GLOBAL, INC. | REACH MUSIC PUBLISHING, INC.**
3500 Rose Crest Lane, Fairfax, VA 22033

As of August 1, 2012

Carlton Ridenhour
Bring The Noize Music, Inc.
160 Thorton Court
Fayetteville, GA 30214

Dear Chuck:

Reference is made to the following agreements, as may be amended: (i) Agreement dated as of October 22, 2001 by and between Bring the Noize Music, Inc. and Terrordome Music Publishing, LLC; (ii) Agreement dated April 25, 2002 by and between Carlton Ridenhour and Terrordome Music Publishing, LLC; and (iii) Agreement dated as of October 23, 2001 by and between Reach Global, Inc. and Terrordome Music Publishing, LLC. All three agreements shall individually and collectively be referred to as the "Agreements").

The following amendment, when executed below, will modify the Agreements (the "Amendment"). All terms defined in the Agreements and used herein shall have the meanings given to such terms in the Agreements unless otherwise specifically defined herein.

1. Compositions and Songs (as defined in the Agreements, including but not limited to those listed on the Schedule A of the Agreements) shall now include all songs written, in whole or in part, by Carlton Ridenhour ("Ridenhour") through December 31, 2012. For clarification, the sole copyright claimant for the full term of copyright for Ridenhour's share of all musical compositions written through December 31, 2012 shall be Terrordome Music Publishing, LLC and the exclusive administrator shall be Reach Global, Inc.

2. Reach Global, Inc. shall have the right to assign all of its rights hereunder to Reach Music Publishing Inc. (individually and collectively "Reach") and Reach may further sell, assign or license this agreement, and/or the rights granted to it hereunder in whole or in part to any third party.

3. Reimbursement for all promotional, marketing and travel expenses related specifically to the musical composition entitled "Harder Than You Think" and the London UK trip in August 2012 (including expenses incurred by Michael Closter for airfare travel and lodging in London in August 2012), can be fully recoupable from UK master licensing fees and Ridenhour's writer account, as applicable, with Reach.



ORIGINAL

As amended herein, the Agreements remains in full force and effect.

Very truly yours,

REACH MUSIC PUBLISHING, INC.
REACH GLOBAL, INC.
TERRORDOME MUSIC PUBLISHING LLC

By: ______________________
Michael Closter

**ACCEPTED AND AGREED TO:**

CARLTON RIDENHOUR
BRING THE NOIZE MUSIC, INC.
TERRORDOME MUSIC PUBLISHING, LLC

By: ______________________
Carlton Ridenhour



