UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
REACH GLOBAL INC., REACH MUSIC PUBLISHING, INC. and
TERRORDOME MUSIC PUBLISHING, LLC,

      Plaintiffs,

 -against-

CARLTON RIDENHOUR and BRING THE NOIZE MUSIC, INC.,

      Defendants.

---------------------------------------------------------------------------x
CARLTON RIDENHOUR and BRING THE NOIZE MUSIC, INC.,

      Defendants and
      Third-Party Plaintiffs,

 -against-

MICHAEL CLOSTER,

      Third-Party Defendant.
---------------------------------------------------------------------------x

Case No.

1:20-cv-00391-AKH

**DECLARATION OF
SERVICE BY MAIL**

   Pursuant to 28 U.S.C. 1746, Edward P. Grosz, under penalty of perjury, swears to the truth of the following statements:

   I am over 18 years of age and am not a party to this action. On February 7, 2020, I caused a true and correct copy of the Notice of Motion, Declaration of Edward P. Grosz, dated February 7, 2020, and the exhibits attached thereto, and the Memorandum of Law in support of the motion of Plaintiffs and Third-Party Defendant to Dismiss the Counterclaims and Third-Party Complaint to be served via Federal Express on the following Attorneys for Defendants and Third-Party Plaintiffs in this action:

Ivan A. Saperstein  
SILVERSTEIN & SAPERSTEIN  
494 Eighth Avenue, 6th Floor  
New York, New York 10001  
*Attorneys for Defendants and*  
*Third-Party Plaintiffs Carlton*  
*Ridenhour and Bring the Noize Music, Inc.*

Robert S. Besser  
LAW OFFICES OF  
ROBERT S. BESSER  
100 Wilshire Blvd., Suite 700  
Santa Monica, CA 90401  
*Attorneys for Defendants and*  
*Third-Party Plaintiffs Carlton*  
*Ridenhour and Bring the Noize Music, Inc.*

Sworn to Under Penalty of Perjury Pursuant to 28 U.S.C. § 1746.

_____  
Edward P. Grosz

Dated: New York, New York  
February 7, 2020