O AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL REGARDING A<br>COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| 1. ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court for the Southern District of New York<br>500 Pearl Street, NY NY 10007 |
|---|---|
| 2. DOCKET NO. 20-391    3. DATE FILED 1/15/20 | |
| 4. PLAINTIFF Reach Global, Inc., Reach Music Publishing, Inc. and Terrodome Music Publishing, LLC | 5. DEFENDANT Carlton Ridenhour and Bring the Noize Music, Inc. |

| | 6. COPYRIGHT REGISTRATION NO. | 7. TITLE OF WORK | 8. AUTHOR OR WORK |
|---|---|---|---|
| 1 | SEE ATTACHED | SEE ATTACHED | SEE ATTACHED |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

**Steps to fill out a Copyright Form:**

*The red number for each step connects with the red number step on the form

1. Determine whether this is an ACTION or an APPEAL by selecting the check off box it relates to
2. DOCKET NO.: enter the case number you are filing on behalf of e.g., 01cv1234(SHS)
3. DATE FILED: enter the date the complaint is filed
4. PLAINTIFF: enter the name of the Plaintiff. If multiple Plaintiff(s) add "et al." after the first named Plaintiff
5. DEFENDANT: enter the name of the Defendant. If multiple Defendants are added "et al." after the first named Defendant
6. COPYRIGHT REGISTRATION NO.: enter in copyright registered no., e.g., VAU001006362
7. TITLE OF WORK: name title of work that corresponds to the copyright registration no.
8. AUTHOR OF WORK: name the person or business that authored the work.

**If filing an amendment to a copyright form, fill in the second section, as follows:**

9. DATE INCLUDED: enter the date the number was included

10. INCLUDED BY: determine whether this is an amendment, answer, cross bill or other pleading by checking off the box it relates to

11. COPYRIGHT REGISTRATION NO.: enter in the newly added copyright registered no., e.g., VAU001006362

12. TITLE OF WORK: name title of work that corresponds to the copyright registration no.

13. AUTHOR OF WORK: name the person or business that authored the work.

In the above-entitled case, the following copyright(s) have been included:

| 9. DATE INCLUDED | 10. INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | 11. COPYRIGHT REGISTRATION NO. | 12. TITLE OF WORK | 13. AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| | | | |

| Title | Composer(s) | Copyright Reg # |
|---|---|---|
| 1 MILLION BOTTLEBAGS | Clinton, Jr./Ridenhour/Rinaldo/Shider/Shocklee/Spradley | PA0001773080 |
| 41 19 | Drayton/Ridenhour/Rinaldo | PA0001147517 |
| 5 4 3 2 1 BOOM | Ridenhour/Rinaldo | PA0001146260 |
| 911 IS A JOKE | Clinton, Jr./Collins/Drayton/Sadler/Shocklee/Worrell | PA0000507324 |
| A LETTER TO THE NEW YORK POST | Drayton/Ridenhour/Rinaldo/Shocklee | PA0001132704 |
| ACCESS TO THE EXCESS | Composer/Ridenhour | PA0001199972 |
| AIN'TNUTTIN' BUTTERSONG | Ridenhour | PA0000763419 |
| AIN'T THAT A BITCH ASK YOURSELF | Drayton/Johnson/Ridenhour/Shocklee | PA0001241432 |
| AIR HOODLUM | Clark/Hendricks/Ridenhour/Rinaldo/Shocklee | PA0000604562 |
| AMERICAN GANGSTER | Ridenhour/Rinaldo/Smalls | PA0001912114 |
| ANTI-NIGGER MACHINE | Clinton, Jr./Collins/Ridenhour/Sadler/Shocklee/Worrell | PA0000507328 |
| AS LONG AS THE PEOPLE GOT SOMETHING TO SAY | Drayton/Ridenhour/Shah | PA0001306026 |
| B SIDE WINS AGAIN | Ridenhour/Sadler/Shocklee | PA0000507336 |
| BEDLAM 13:13 | Ridenhour/Walford | PA0001138671 |
| BETWEEN HARD AND A ROCK PLACE | Ridenhour/Rinaldo | PA0001959114 |
| BLACK AMERICA AGAIN | Brown/Clarke/Clinton, Jr./Glasper/Green/Lynn/Ridenhour/Riggins/Riley/Sadler/Shocklee/Wonder | PA0002068907 |
| BLACK IS BACK | Ridenhour/Rinaldo/Smith | PA0001969904 |
| BLACK STEEL IN THE HOUR OF CHAOS | Drayton/Ridenhour/Sadler/Shocklee | PA0000384606 |
| BRING THA NOIZE WITH ANTHRAX | Bellardini/Bello/Benante/Clinton, Jr./Ridenhour/Rosenfeld/Sadler/Shocklee/Spitz | PA0001132682 |
| BRING THAT BEAT BACK | Drayton/Dubose/Ridenhour | PA0001306027 |
| BRING THE NOISE | Clinton, Jr./Ridenhour/Sadler/Shocklee | PA0000359751 |
| BRING THE NOISE REMIX | Ridenhour/Sadler/Shocklee | PA0001670013 |
| BROTHERS GONNA WORK IT OUT | Composer/Ridenhour | PA0000507323 |
| BURN HOLLYWOOD BURN | Clinton, Jr./Hardy/Jackson/Ridenhour/Sadler/Shocklee | PA0000507329 |
| BY THE TIME I GET TO ARIZONA | Ridenhour/Rinaldo/Santiago/Shocklee | PA0001217341 |
| CAN YOU HEAR ME NOW | Noble/Ridenhour | PA0001911856 |
| CAN'T DO NUTTIN' FOR YA MAN | Drayton/Sadler/Shocklee | PA0000507333 |
| CAN'T TRUSS IT | Ridenhour/Rinaldo/Shocklee | PA0001132709 |
| CATCH THE THROWN | McKay/Mitchell/Ridenhour | PA0001852709 |
| CAUGHT CAN WE GET A WITNESS | Ridenhour/Sadler/Shocklee | PA0000384603 |
| CHAMPIONS ARE BORN | Michael Delgado | SRu001349605 |
| CHECK WHAT YOU'RE LISTENING TO | Composer/Ridenhour | PA0001306029 |
| CHILLIN (samples "Bring The Noise") | Ridenhour | PA0001249767 |
| COLD LAMPIN WITH FLAVOR | Arrington/Bonner/Carter/DeVaughn/Drayton/Hank/Jackson/Jones/Middlebrooks/Morrison/Napier/Noland/Parker/Patterson/Pierce/Sadler/Shocklee/Webster/Wright/Young | PA0000384600 |
| COUNTDOWN TO ARMAGEDDON | Ridenhour/Sadler/Shocklee | PA0000379630 |
| CRASH | DeVore/Ridenhour/Rinaldo | PA0001146238 |
| CRAYOLA | DeVore/Ridenhour/Rinaldo | PA0001146236 |
| CUTTIN' HEADS | Composer/Ridenhour | PA0001223713 |
| DARK SIDE OF THE WALL: 2000 | Ridenhour/Rinaldo | PA0001147514 |
| DEATH OF A CARJACKA | Composer/Ridenhour | PA0001138701 |
| DIGGIN DIGITAL DITCHES | Hardgroove/Ridenhour | PA0001193877 |
| DO YOU WANNA GO OUR WAY | Ridenhour/Rinaldo | PA0001147555 |
| DON'T BELIEVE THE HYPE | Ridenhour/Sadler/Shocklee | PA0000384599 |
| ESCAPISM | Ridenhour/Rinaldo/Smith | PA0001920531 |
| EVERYTHING I AM (samples "Bring The Noise") | Clinton, Jr./Mitchell/Ridenhour/Sadler/Shocklee/West | PA0001355323 |

| Title | Writers | Registration |
|---|---|---|
| FALSE MEDIA (samples "Don't Believe The Hype") | Ridenhour/Sadler/Shocklee | PA0001165224 |
| FASSFOOD | Composer/Drayton/Ridenhour/Schenck | PA0001852719 |
| FEAR OF A BLACK PLANET | Ridenhour/Sadler/Shocklee/Other Writers | PA0000507321 |
| FEEL THE PANIC | Drayton/Ridenhour/Rogers | PA0001339456 |
| FIGHT THE POWER | Ridenhour/Sadler/Shocklee/Shocklee | PA0000507339 |
| FINAL COUNT OF THE COLLISION | Ridenhour/Sadler/Shocklee | PA0000507338 |
| FIRST THE SHEEP NEXT THE SHEPHERD | DeVore/Ridenhour/Rinaldo | PA0001146972 |
| FLIPMODE ENEMY NO. 1 | Ridenhour/Shocklee | PA0001213402 |
| FRANKENSTAR | Ridenhour/Rinaldo/Smith | PA0001912209 |
| GET 'EM UP (WELCOME TO THE TERRORDOME) | Freese/Reyes/Ridenhour | PA0001703669 |
| GET IT IN | Drayton/Foxxx/Ridenhour | PA0001852705 |
| GET THE FUCK OUTTA DODGE | Houston/Ridenhour | PA0001132710 |
| GET UP STAND UP | Newman/Ridenhour/Rinaldo | PA0001844296 |
| GET YOUR SHIT TOGETHER | Composer/Ridenhour | PA0001146259 |
| GIVE IT UP | DeVore/Isbell/Ridenhour/Rinaldo/Thomas | PA0001138668 |
| GOTTA DO WHAT I GOTTA DO | Brown/Ridenhour/Rinaldo/Shocklee | PA0000604561 |
| GOTTA GIVE THE PEEPS WHAT THEY NEED | Ridenhour/Rosado/Shah | PA0001146255 |
| GUESS WHO'S BACK (samples "Bring The Noize") | Barrier/Antonio/Griffin/Ridenhour/Sadler/Shocklee | PA0000880539 |
| HARDER THAN YOU THINK | Ridenhour/Rinaldo | PA0002117984 |
| HARDER THAN YOU THINK... JUST LIKE THAT | Ridenhour/Rinaldo | PA0001921137 |
| HAZY SHADE OF CRIMINAL | Drayton/Ridenhour/Rinaldo/Shocklee/Shocklee | PA0000604563 |
| HE GOT GAME | Graham/Ridenhour/Stills | PA0001251556 |
| HEAD WIDE SHUT | Ridenhour/Rinaldo | PA0001912194 |
| HEAR THE DRUMMER (samples "Welcome To The Terrordome") | Ridenhour | PA0000533232 |
| HIT DA ROAD JACK | Ridenhour/Rinaldo/Shocklee/Shocklee | PA0000604559 |
| HITLER DAY | Ridenhour/Walford | PA0001138702 |
| HOOVER MUSIC | Dixon/Drayton/Moss/Pacal/Ridenhour | PA0001852718 |
| HOW LOW (Samples "BTN (A Capella)") | Bridges/Ridenhour/Sadler/Shocklee/Williams | PA0001729038 |
| HOW TO KILL A RADIO CONSULTANT | Ridenhour/Rinaldo/Shocklee | PA0001132706 |
| HOW YOU SELL SOUL TO A SOULLESS PEOPLE WHO | Ridenhour/Rinaldo/Smith | PA0001959116 |
| I DON'T WANNA BE CALLED YO NIGA | Drayton/Ridenhour/Rinaldo/Shocklee | PA0001132685 |
| I SHALL NOT BE MOVED | Ridenhour/Rinaldo | PA0001844297 |
| I STAND ACCUSED | Ridenhour | PA0000763420 |
| INCIDENT AT 66.6 FM | Ridenhour/Sadler/Shocklee | PA0000507325 |
| INTELLIGENCE VS NONSENSE | Ridenhour | PA0001193880 |
| JUSTIFY MY LOVE | Chavez/Ciccone/Kravitz | PA0000498498 |
| JUSTIFY MY THUG (Samples "Justify My Love") | Blake/Carter/Chavez/Ciccone/Kravitz/McDaniels/Simmons/Smith | PA0001276118 |
| KEVORKIAN | DeVore/Ridenhour/Rinaldo | PA0001146965 |
| LAST MASS OF THE CABALLEROS | DeVore/Ridenhour/Rinaldo | PA0001146237 |
| LEAVE WITH YOUR OWN MIND | Hardgroove/Ridenhour | PA0001193890 |
| LIVE AND UNDRUGGED PT. 1 & 2 | Ridenhour/Young | PA0001138815 |
| LONG AND WHINING ROAD | Ridenhour/Rinaldo | PA0001912214 |
| LOOKING FORWARD | Michael Delgado | SRu001350067 |
| LOST AT BIRTH | Ridenhour/Rinaldo/Shocklee | PA0001132705 |
| LOUDER THAN A BOMB | Ridenhour/Sadler/Shocklee | PA0000384602 |
| LSD | DeVore/Ridenhour/Rinaldo | PA0001146239 |

| Title | Authors | Reg. No. |
|---|---|---|
| M.P.E. | Drayton/Ridenhour/Shocklee | PA0000368194 |
| MAKE SOME NOIZE | Ridenhour/Sadler/Shocklee | PA0001200314 |
| MAKE YOU BLIND | Drayton/Dubose/Ridenhour | PA0001306028 |
| MEET THE G THAT KILLED ME | Ridenhour/Sadler/Shocklee | PA0000507326 |
| MEGABLAST | Drayton/Ridenhour/Shocklee | PA0000368197 |
| MIND TERRORIST | Ridenhour/Sadler/Shocklee | PA0000379631 |
| MIUZI WEIGHS A TON | Ridenhour/Shocklee | PA0000368189 |
| MKLVFKWR (MAKE LOVE FK WAR) | Drayton/Hall/Ridenhour | PA0001243871 |
| MONEY GREEDY | Ridenhour/Shocklee/Thaws | PA0000912749 |
| MORE NEWS AT 11 | Drayton/Ridenhour/Rinaldo/Shocklee | PA0001132683 |
| MOST OF MY HEROES STILL DON'T APPEAR ON NO S | Drayton/Ridenhour/Sciacca/Shah | PA0001844302 |
| MOVE! | Ridenhour/Rinaldo/Shocklee | PA0001132684 |
| MR. FLAMBOYANT (Samples "Rebel Without A Pause") | Ridenhour/Rogers/Sadler/Shocklee | PA0000940774 |
| NEW WHIRL ODOR | Ridenhour/Rosado | PA0001306024 |
| NIGHT OF THE LIVING BASEHEADS | Ridenhour/Sadler/Shocklee | PA0000384605 |
| NIGHTTRAIN | Ridenhour/Rinaldo/Shocklee/Shocklee | PA0001132686 |
| NO | Ridenhour | PA0000860165 |
| NO PROBLEMS (samples "Terminator X To The Edge Of | Butler/Cartagena/Douglas/Drayton/Molina/Ridenhour/Rogers | PA0001774933 |
| ONE | Alexander/Composer/Ridenhour | PA0001867783 |
| OPERATION BLADE | Ridenhour/Sadler/Shocklee | PA0001195544 |
| P E 2000 | Combs/Curry/Greene/Ridenhour/Shocklee/Winans | PA0000976885 |
| PARTY FOR YOUR RIGHT TO FIGHT | Clinton, Jr./Hazel/Ridenhour/Sadler/Shocklee/Worrell | PA0000384608 |
| PHENOMENON | Clinton, Jr./Ridenhour/Sadler/Shocklee | PA0001196605 |
| POLITICS OF THE BUSINESS | Composer/Ridenhour | PA0001229200 |
| POLLYWANACRAKA | Clinton, Jr./Ridenhour/Sadler/Shider/Shocklee/Spradley | PA0000507327 |
| POWER TO THE BEATS | Ridenhour | PA0001261907 |
| POWER TO THE PEOPLE | Ridenhour/Sadler/Shocklee | PA0000507330 |
| PREACHIN TO THE QUIET | Ridenhour/Rosado | PA0001306032 |
| PROPHETS OF RAGE | Ridenhour/Sadler/Shocklee | PA0000384607 |
| PUBLIC ENEMY NO. 1 | Ridenhour/Shocklee | PA0000368193 |
| PUMP YA FIST (samples "Public Enemy No. 1") | Dean/Ridenhour/Shocklee/Simmons pka DMX | PA0001334591 |
| PUT IT UP | Ridenhour/Rinaldo/Smith | PA0001146257 |
| PYRAMID SCHEME | Ridenhour/Sadler/Shocklee/Zohar | PA0001927206 |
| RACE AGAINST TIME | DeVore/Ridenhour/Rinaldo | PA0001146729 |
| RADIATION OF A RADIO TV MOVIE NATION | Ridenhour/Rinaldo | PA0001920534 |
| RAISE THE ROOF | Ridenhour/Sadler/Shocklee | PA0000368196 |
| REBEL WITHOUT A PAUSE | Ridenhour/Rogers/Sadler/Shocklee | PA0000358093 |
| REBIRTH | Ridenhour/Rinaldo/Shocklee | PA0001132707 |
| REGGIE JAX | Ridenhour/Sadler/Shocklee | PA0000507334 |
| RESURRECTION | Ridenhour | PA0001389521 |
| REVOLUTION | Composer/Ridenhour | PA0001306031 |
| REVOLUTIONARY GENERATION | Ridenhour/Sadler/Shocklee | PA0000507332 |
| REVOLVERLUTION | Aswod/Ridenhour/Shah | PA0001146256 |
| RHYME ANIMAL (INTRO) (samples "BTN (A Cappella)") | Ridenhour/Sadler/Shocklee | PA0001767544 |
| RIGHTSTARTER (MESSAGE TO A BLACK MAN) | Ridenhour/Shocklee | PA0000368192 |
| RLTK | McDaniels/Ridenhour/Rosado | PA0001852711 |

| Title | Credits | Reg. No. |
|---|---|---|
| ROCK DA FUNKY BEATS | Ridenhour/ Lee/Allen/Sherry/Macisacc | PA0001195545 |
| ROCK THE FUNKY BEATS | Ridenhour/ Lee/Allen/Sherry/Macisacc | PA0001195545 |
| RUN TILL IT'S DARK | Lord/Ridenhour/Snyder/Wynn | PA0001844295 |
| SAFE TO SAY (THE INCREDIBLE) | Cartagena/Ridenhour/Sadler/Shocklee/Smith | PA0001298725 |
| SECURITY OF THE FIRST WORLD | Ridenhour/Sadler/Shocklee | PA0000379633 |
| SEE SOMETHING, SAY SOMETHING | Ridenhour | PA0001920536 |
| SELF ESTEEM | Haynes/Mandell/Ridenhour | PA0001884495 |
| SEX, DRUGS AND VIOLENCE | Drayton/Parker/Ridenhour/Rinaldo/Smith | PA0001959115 |
| SHE WATCH CHANNEL ZERO | Drayton/Griffin/Ridenhour/Sadler/Shocklee | PA0000384604 |
| SHOCK AND AWE | Composer/Ridenhour | PA0001947397 |
| SHOW EM WHATCHA GOT | Ridenhour/Sadler/Shocklee | PA0000379632 |
| SHOW ME WHAT YOU GOT | Carter/McEwan/Pate/Ridenhour/Sadler/Shocklee | PA0001166214 |
| SHUT 'EM DOWN | Ridenhour/Rinaldo/Shocklee | PA0001132708 |
| SHUT 'EM DOWN 2002 | Ridenhour/Rinaldo/Shocklee | PA0001195477 |
| SO WHATCHA GONE DO NOW | Ridenhour/DeVore/Rinaldo | PA0001138677 |
| SON OF A BUSH | Aswod/Ridenhour/Shah | PA0001146258 |
| SOPHISTICATED BITCH | Drayton/Ridenhour/Shocklee | PA0000368188 |
| STAY OUT OF MY WAY | Combs/Lawrence/Mason/Ridenhour/Sadler/Shocklee | PA0000976956 |
| STILL I RISE | Ridenhour/Sadler/Shocklee | PA0000964975 |
| STOP IN THE NAME OF... | Ridenhour/Walford | PA0001138676 |
| SUPER AGENT | Ridenhour | PA0001251549 |
| SUPER STARR PT ZERO | Boxley/Brereton /Griffin/Longo /Ridenhour/Sadler | PA0001320455 |
| SUPERMAN'S BLACK IN THE BUILDING | Allen/Darge/Ridenhour/Snyder | PA0001306030 |
| SWINDLERS LUST | Ridenhour | PA0001147006 |
| TERMINATOR X TO THE EDGE OF PANIC | Drayton/Ridenhour/Rogers | PA0000384601 |
| THA PROBLEM | Drayton/Ridenhour/Rogers | PA0001282129 |
| THE ENEMY BATTLE HYMN | Ridenhour/Rinaldo | PA0001912205 |
| THE ONE (samples "Public Enemy No. 1") | Composer/Ridenhour/Shocklee | PA0001867783 |
| THEY USED TO CALL IT DOPE | Ridenhour | PA0001138699 |
| THIN LINE BETWEEN LAW AND RAPE | Ridenhour/Walford | PA0001138700 |
| TIE GOES TO THE RUNNER | Ridenhour/Stewart | PA0000604558 |
| TIMEBOMB | Ridenhour/Shocklee | PA0000368190 |
| TOO MUCH POSSE | Drayton/Ridenhour/Shocklee | PA0000368191 |
| TRUTH DECAY | Citrin/Drayton/Ridenhour | PA0001844299 |
| TWISTED SENSE OF GOD PT 1 | Ridenhour | PA0001193876 |
| UNDISPUTED | Composer/Ridenhour | PA0001223710 |
| WAR AT 33 1/3 | Ridenhour/Sadler/Shocklee | PA0000507337 |
| WELCOME TO THE TERRORDOME | Ridenhour/Shocklee | PA0000507320 |
| WHADDUP (interpolates Welcome to the Terrordome) | Composer/Ridenhour/Shocklee/Smith | PA0001925373 |
| WHAT A FOOL BELIEVES | Ridenhour/Shah | PA0001306025 |
| WHAT SIDE YOU ON? | Ridenhour/Young | PA0001138670 |
| WHAT'S GOLDEN (samples "Prophets Of Rage") | Jurassic 5/Ridenhour/Sadler/Shocklee | PA0001204093 |
| WHITE HEAVEN BLACK HELL | Composer/Ridenhour | PA0001138698 |
| WHO STOLE THE SOUL | Ridenhour/Sadler/Shocklee | PA0000507331 |
| WHOLE LOTTA LOVE GOIN ON IN THE MIDDLE OF HE | DeVore/Ridenhour/Rinaldo | PA0001138667 |
| WORLD TOUR SESSIONS | DeVore/Ridenhour/Rinaldo | PA0001146992 |

| | | |
|---|---|---|
| YO! BUM RUSH THE SHOW | Drayton/Ridenhour/Shocklee | PA0000368195 |
| YOU'RE GONNA GET YOURS | Ridenhour/Shocklee | PA0000368187 |